B 250B (CANB)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re  
MAURICE A HORN

**Plaintiff**

JACQUELINE KING

**Defendant**

Bankruptcy Case No.  
09-12314

Adversary Proceeding No.  
09-1085

## SUMMONS AND NOTICE OF SCHEDULING CONFERENCE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of Clerk |
|---|
| 99 South "E" Street<br>Santa Rosa, CA 95404 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Evan Livingstone, SBN 252008<br>182 Farmer's Ln, Ste 100A, Santa Rosa, CA 95405 |

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

YOU ARE NOTIFIED that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| U.S. Bankruptcy Court<br>99 South "E" Street<br>Santa Rosa, CA 95404 | Courtroom |
| | Date and Time<br>October 26, 2009<br>@ 2:00 p.m. |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. PLAINTIFF SHALL PROMPTLY SERVE A COPY OF THE BANKRUPTCY DISPUTE RESOLUTION PROGRAM INFORMATION SHEET ON ALL PARTIES. A COPY OF THE INFORMATION SHEET IS AVAILABLE ON THE COURT'S WEB SITE AT WWW.CANB.USCOURTS.GOV, AND AT THE CLERK'S OFFICE.

Gloria L. Franklin  
Clerk of the Bankruptcy Court

AUG 10 2009

Date

By: _Jaso Colvin_  
Deputy Clerk

# CERTIFICATE OF SERVICE

I, _____, certify that I am, and at all times during
                    (name)

service of process was, not less than 18 years of age and not a party to the matter concerning which service process was made. I further certify that the service of this summons and a copy of the complaint was _____ by:
    (date)

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Jacqueline King
    17380 Keaton Ave
    Sonoma, CA 95476

☐ Personal Service: by leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
    as follows: [Describe briefly]                                           (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

_____    _____
*Date*                                                   *Signature*

| Print Name | | |
|---|---|---|
| Business Address | | |
| City | State | Zip |