Jacqueline King
17380 Keaton Ave.
Sonoma, CA 95476

FILED
DEC - 1 2009
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE HORN, PLAINTIFF, Vs. JACQUELINE KING, DEFENDANT. | CASE # AP 09-1085<br><br>ANSWER TO AMENDED COMPLAINT |

Jacqueline King, the defendant herein, answering the Amended Complaint of Maurice Horn denies all allegations contained in the Amended Complaint which claim that defendant at any time did violate the automatic stay.

### First Affirmative Defense

The complaint fails to state a claim against the defendant upon which relief can be granted.

Defendant acquired equitable title to the premises by foreclosure sale pre-petition on July 2, 2009.

Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and therefore, the property is not part of Debtor's bankruptcy estate.

Bankruptcy protection provided to the Debtor does not extend to Debtor's girlfriend or to Defendant King's other tenants on her property.

Defendant was advised by her attorney, Greg Orton, that since her property contains multiple units, she could enter the grounds of her property to make repairs when necessary and inspect the interiors of her property by giving the proper 24 hour notice of the inspection, which is what she did.

However, upon the protest of Mr. Horn, no repairs were made and no inspection

ANSWER TO AMENDED COMPLAINT    CASE # AP 09-1085: HORN vs. KING    PAGE # 1 OF 2

Case: 09-01085   Doc# 13   Filed: 12/01/09   Entered: 12/04/09 15:50:20   Page 1 of 2

was conducted and no damages were sustained by Mr. Horn.

Further, plaintiff's attorney is being paid in illegally grown marijuana and cannot claim costs based on his own violation of Federal Law.

Wherefore, defendant prays that the complaint be dismissed with costs.

Respectfully Submitted,

Signed at Sonoma, Sonoma County, California.

Dated: November 26, 2009    Signed: _____
                                    Jacqueline King, Defendant

## PROOF OF SERVICE BY MAIL

### STATE OF CALIFORNIA, COUNTY OF SONOMA

1. I am employed in the above County of Sonoma, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: 17380 Keaton Avenue, Sonoma, Ca 95476.

2. Regular Mail Service: On 11-27-09, I served the documents described as:

ANSWER TO AMENDED COMPLAINT

by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Sonoma, Ca, addressed as set forth below:

```
EVAN LIVINGSTONE
182 FARMER'S LANE, SUITE 100A
SANTA ROSA, CA  95405
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 27, 2009    Signed: _____
                                    Jim Lydecker

ANSWER TO AMENDED COMPLAINT    CASE # AP 09-1085: HORN vs. KING    PAGE # 2 OF 2

Case: 09-01085    Doc# 13    Filed: 12/01/09    Entered: 12/04/09 15:50:20    Page 2 of 2